# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DERRICK TYRONE SMITH,**

      **Petitioner,**

v.                             **CASE NO: 8:06-cv-01330-SDM-SPK**
                                            **DEATH PENALTY CASE**

**SECRETARY, FLORIDA DEPARTMENT**
     **OF CORRECTIONS, et. al.,**

      **Respondents.**

_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

To:    The Clerk of the United States District Court in and for the Middle District of Florida, Tampa Division, and all parties of record.

    Co-Counsel for Petitioner, the Capital Habeas Unit of the Office of the Federal Public Defender for the Middle District of Florida, respectfully enters the following appearance for the petitioner:

Leor Veleanu, Esq.
Assistant Federal Defender
Florida Bar No.: 0139191
Capital Habeas Unit
Office of the Federal Public Defender
Middle District of Florida
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Email: leor_veleanu@fd.org
Secondary Email: FLM_CHU@fd.org

Co-Counsel for the Petitioner.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

MARIE DONNELLY, ESQ.
CHIEF, CAPITAL HABEAS UNIT


*/s Leor Veleanu*
Leor Veleanu, Esq.
Assistant Federal Defender
Florida Bar No.: 0139191
Office of the Federal Public Defender
Middle District of Florida
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Tel: 813-228-2715
Email: leor_veleanu@fd.org
Secondary Email: FLM_CHU@fd.org

Co-Counsel for the Petitioner.

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 7th day of April 2022, a correct copy of the foregoing filing was furnished by using the CM/ECF system with the Clerk of the Court which will send a notice of electronic filing to:

Timothy A. Freeland, Assistant Attorney General
Office of the Attorney General
Email: timothy.freeland@myfloridalegal.com
Secondary Email: capapp@myfloridalegal.com

                                            Respectfully submitted,

                                            */s Leor Veleanu*
                                            Leor Veleanu, Esq.
                                            Assistant Federal Defender

                                            Co-Counsel for the Petitioner.